FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 24 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROSARIO D. DAVI,

JUDGMENT
08-CV- 0274 (JG)

                Plaintiff,

   -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
----------------------------------------------------------------X

        An Order of Honorable John Gleeson, United States District Judge, having been filed on June 14, 2008, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); remanding plaintiff's claim for further administrative proceedings, including but not limited to obtaining additional medical and other evidence necessary to more fully develop the record, fully assess the plaintiff's subjective complaints, obtain supplemental medical expert evidence, and obtain supplemental vocational expert evidence; directing that the plaintiff shall be provided the opportunity to appear at a supplemental hearing and shall be afforded the opportunity to submit any additional, relevant medical evidence; and ordering that the case shall be reassigned to a different Administrative Law Judge; it is

JUDGMENT
07-CV- 2176 (JG)

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded for further administrative proceedings, including but not limited to obtaining additional medical and other evidence necessary to more fully develop the record, fully assess the plaintiff's subjective complaints, obtain supplemental medical expert evidence, and obtain supplemental vocational expert evidence; that the plaintiff shall be provided the opportunity to appear at a supplemental hearing and shall be afforded the opportunity to submit any additional, relevant medical evidence; and that the case shall be assigned to a different Administrative Law Judge.

Dated: Brooklyn, New York
June 20, 2008

ROBERT C. HEINEMANN
Clerk of Court

By Terry Vaughn
Chief Deputy